IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
12:29 pm Jun 17 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

In re: ) CASE NO: 1:21MJ4150
APPOINTMENT OF COUNSEL FOR )
MARK WALKER ) MAGISTRATE JUDGE
) JONATHAN D. GREENBERG
)
Mark Walker ) **UNDER SEAL**
    Petitioner. )
) **ORDER TO SEAL**

Upon motion of the United States of America, and for good cause shown, the case and all accompanying documents issued are hereby sealed and shall remain sealed until further order of this Court.

IT IS SO ORDERED.

\_\_\_06-17-2021\_\_\_
Date

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE