IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:21MJ4150 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| ) | JONATHAN D. GREENBERG |
| v. ) | |
| ) | |
| MARK WALKER, ) | ORDER UNSEALING CASE |
| ) | |
| Defendant. ) | |
| ) | |

Upon motion of the United States of America, and for good cause shown, Case No. 1:21MJ4150 is hereby unsealed.

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

___07-10-2025___
DATE

