UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-345 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| v. | ) ) | **ORDER** |
| MARK ALAN WALKER, *et.al.*, | ) ) | |
| Defendants. | ) | |

This Court finds recusal is appropriate pursuant to 28 U.S.C. §455(a). This case is returned to the Clerk for reassignment to another judge.

**IT IS SO ORDERED.**

Date: July 10, 2025

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**