UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C988

FILED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Denice Rae Walker

Address:

Case Number: 1:25 cr 345

Passport Number: 640177116

Country of Origin: U.S.A.

Expiration Date: 2/9/2029

Date Rec'd: 7/23/2025

Description of Property Other than Passport:

_Denice Wa[signature]_
Signature of Individual Surrendering Passport/Other

_[signature]_
Clerk's Signature

_Denice Walker_
Print Name

Original of Receipt Provided to Defendant or Individual
☐ Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name